**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WILLIAMS SARRANO,** : | |
| Plaintiff : | |
| : | CIVIL ACTION NO. 3:17-2398 |
| v. : | |
| : | (JUDGE MANNION) |
| **CITY OF SCRANTON,** *et al.* : | |
| Defendants : | |

## O R D E R

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The defendants' motion for summary judgment, **(Doc. 17)**, with respect to Counts I-III of the plaintiff's complaint, **(Doc. 1)**, is **GRANTED IN PART** and **DENIED IN PART**.

2. The defendants' motion for summary judgment regarding plaintiff's excessive force claim under the 4th Amendment in Count I against Officer Griffiths, in his individual capacity, is **DENIED**.

3. The plaintiff's federal claim in Count I under §1983 against Officer Griffiths in his official capacity is **DISMISSED WITH PREJUDICE**.

4. The plaintiff's claim in Count I under §1983 to the extent that it is brought under the 8th Amendment and the 14th Amendment, as stand alone claims, are **DISMISSED WITH PREJUDICE**.

5. The plaintiff's claims for punitive damages against the City of Scranton and against Officer Griffiths, in his official capacity, are

**DISMISSED WITH PREJUDICE**.

6. The defendants' motion for summary judgment with respect to the plaintiff's claims for punitive damages against Officer Griffiths, in his individual capacity, in Counts I-III is **DENIED**.

7. The defendants' motion for summary judgment with respect to their contention that Griffiths is entitled to qualified immunity as to plaintiff's 4th Amendment excessive force claim is **DENIED**.

8. The defendants' motion for summary judgment with respect to plaintiff's state law tort claims for assault and battery, Counts II and III, against Griffiths is **DENIED**.

9. The defendants' motion for summary judgment with respect to the plaintiff's *Monell* claim against the City in Count I is **GRANTED**, and **JUDGMENT** is entered in favor of the City and against the plaintiff regarding this claim. Further, the City is **TERMINATED** as a defendant in this case.

                                        s/ *Malachy E. Mannion*
                                        **MALACHY E. MANNION**
                                        **United States District Judge**

**DATED: February 5, 2019**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-2398-01-ORDER.wpd